No. 12–6818.  SPENCER v. CHRONES, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–6822.  MARSHALL v. RUDEK, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 12–6823.  TANKESLY v. MILLS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 12–6830.  JUNIOUS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 12–6832.  RIGGLEMAN v. UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT.  C. A. 4th Cir.  Certiorari denied.

No. 12–6839.  MANSFIELD v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–6840.  ECKLIN v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 12–6841.  CROSBY v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.

No. 12–6843.  PATTERSON v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 12–6844.  PACE-WHITE v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 12–6846.  PUGH v. OLDE PINK HOUSE RESTAURANT.  Ct. App. Ga.  Certiorari denied.

No. 12–6850.  SANDERS v. TILTON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–6851.  HAMILTON v. CHICAGO INSURANCE CO.  C. A. 10th Cir.  Certiorari denied.

No. 12–6852.  THOMAS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.